**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CEDRIC D. REDMOND, )<br>Individually and on behalf all others similarly )<br>situated, )<br>               Plaintiff, )<br>v. )<br>FQSR LLC d/b/a KBP FOODS, )<br>               Defendant. ) | Case No. 20-cv-6809<br><br>Judge Thomas M. Durkin |

**JOINT STATUS REPORT**

On June 11, 2021, this Court granted the motion to stay this case pending the appeals in (i) *Tims v. Black Horse Carriers*; (ii) *Cothron v. White Castle Sys., Inc.*, and (iii) *Marion v. Ring Container Techs. LLC* (Dkt. 20). The parties last updated the Court on the status of these appeals in their Joint Status Report filed on September 13, 2022. (Dkt. 33). The Court directed the parties to file a status report by December 14, 2022, to update the Court on the status of these appeals. (Dkt. 34). The parties have conferred and jointly submit the following status report.

I. *Tims v. Black Horse Carriers*

Oral argument took place in the *Tims v. Black Horse Carriers, Inc.*, 184 N.E.3d 1029 (Ill. 2022), appeal pending before the Illinois Supreme Court, concerning the applicable statute of limitations, on September 22, 2022. No opinion has been issued.

II. *Cothron v. White Castle Sys.*

Oral argument took place in the *Cothron v. White Castle System Inc.*, Case No. 128004, appeal pending before the Illinois Supreme, concerning accrual, on May 17, 2022. No opinion has been issued.

### III. *Marion v. Ring Container Techs. LLC*

The *Marion v. Ring Container Techs. LLC*, Case No. 3-20-0184 appeal, pending before the Third District Appellate Court, concerning the applicable statute of limitations, has been stayed pending further order of the appellate court.

Plaintiff and Defendant agree as to the content of this Joint Status Report.

DATE: December 14, 2022                                   Respectfully submitted,

| | |
|---|---|
| */s/ Mara Baltabols* | */s/ Joel W. Rice (with consent)* |
| David J. Fish | Joel W. Rice |
| Mara Ann Baltabols | Franklin Z. Wolf |
| FISH POTTER BOLAÑOS, P.C. | FISHER & PHILLIPS LLP |
| 200 E. Fifth Avenue, Suite 123 | 10 S. Wacker Drive, Suite 3450 |
| Naperville, IL 60563 | Chicago, Illinois 60606 |
| (312) 861-1800 | Telephone: (312) 346-8061 |
| **ATTORNEYS FOR PLAINTIFF** | Facsimile: (312) 346-3179 |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I, Mara Baltabols, hereby certify that I caused a true and correct copy of the foregoing **Joint Status Report** to be served upon all counsel of record via the CM/ECF electronic filing system on December 14, 2022.

Respectfully submitted,

By: */s/ Mara Baltabols*
One of the Attorneys for Plaintiff

David Fish
Mara Baltabols
**FISH POTTER BOLAÑOS, P.C.**
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563