## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cedric Redmond
      Plaintiff,

v.             Case No.: 1:20−cv−06809
             Honorable Keri L. Holleb Hotaling

FQSR LLC
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2023:

  MINUTE entry before the Honorable Keri L. Holleb Hotaling: Final approval and motion hearing held. No one appeared in court to pose any objections to the class settlement or file any objections to the final approval motion. Parties also updated the Court that the class administrator did not received any objections to the class settlement. For the reasons stated on the record, Plaintiff's motion for final approval of class action settlement [69] is granted. Plaintiff's motion [66] is denied as moot. Enter Final Approval Order. This case is dismissed with prejudice. Case terminated. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.